## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Jacob Butko, et al.
                    Plaintiff,

v.                                      Case No.: 1:07−cv−04207
                                                        Honorable Ronald A. Guzman

City of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 10, 2007:

       MINUTE entry before Judge Ronald A. Guzman :Motion by Defendant City of Chicago to bifurcate 1983 claims and stay discovery and trial on those claims [26] is granted as stated in open court. Status hearing held on 10/10/2007. Amended pleadings and joinder of parties due by 12/17/2007. Status hearing set for 1/25/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.