IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JACOB BUTKO, DERRICK PEOPLES, SHAUN MEESAK and RUBEN VAZQUEZ, )<br><br>Plaintiffs, )<br>v. )<br><br>CITY OF CHICAGO, OFFICER EDWARD WODNICKI, )<br>OFFICER JOHN SEBECK, OFFICER V. FERRO, OFFICER )<br>B. FINNEGAN, OFFICER N. FORRESTAL, and UNKNOWN )<br>CHICAGO POLICE OFFICERS, )<br><br>Defendants. ) | 07 C 4207<br><br>Judge Guzman |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that the parties have agreed to settle this matter, and that all of the claims of plaintiffs, Jacob Butko and Derrick Peoples, against defendants, City of Chicago, Edward Wodnicki, John Sebeck, Vito Ferro, Brian Finnegan and Nicholas Forrestal, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees, and that all of the claims of plaintiffs, Shaun Meesak and Ruben Vazquez, against defendants, City of Chicago, Edward Wodnicki, John Sebeck, Vito Ferro, Brian Finnegan and Nicholas Forrestal, are dismissed without prejudice with each side bearing its own costs and attorneys' fees, in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

Respectfully submitted,

_____
Jon Loevy
Attorney for Plaintiffs
Loevy & Loevy
312 N. May Street - Suite 100
Chicago, IL 60607
(312) 243-5900
Attorney No. _____

Date: 1/14/09

CITY OF CHICAGO
a Municipal Corporation

MARA S. GEORGES
Corporation Counsel

BY: _____
Joseph M. Polick
Special Litigation Counsel
Attorney for Defendants
30 N. LaSalle Street - Suite 1720
Chicago, Illinois 60602
(312) 744-8335
Attorney No. 06203682

Date: 1/14/09